IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-571-RJC-DCK

| | |
|---|---|
| DARLENE R. EVANS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CITY OF CHARLOTTE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Extension Of Time To Respond To Defendant's Request For Admissions" (Document No. 11) filed June 17, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Extension Of Time To Respond To Defendant's Request For Admissions" (Document No. 11) is **GRANTED**. Plaintiff shall have up to and including **July 27, 2015** to respond to Defendant's Request for Admissions.

Signed: June 17, 2015

David C. Keesler
United States Magistrate Judge