IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-571-DCK

| DARLENE R. EVANS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| CITY OF CHARLOTTE, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

**IT IS, THEREFORE, ORDERED** that a trial, if necessary, will be held during the civil term beginning **August 1, 2016** at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina.

**SO ORDERED**.

Signed: April 27, 2016

David C. Keesler
United States Magistrate Judge